**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

October 25, 2012

    RE:   Case No. 01-12-00113-CV

Style: Five Star Development Resort Communities, LLC
    v. UHY Advisors FLVS, Inc.

    Today the First Court of Appeals issued an opinion(s) in the above-
referenced cause.
A copy of the opinion(s) can be obtained through Case Search on our Court's
webpage at:

http://www.1stcoa.courts.state.tx.us/.

T. C. Case # 1062355              M. Karinne McCullough, Clerk of the Court
                       ROBIN M. ZIEK
                       LAW OFFICES OF ROBIN M. ZIEK
                       3401 ALLEN PARKWAY, STE 100
                       HOUSTON, TX  77019




 **FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

October 25, 2012

    RE:   Case No. 01-12-00113-CV

Style: Five Star Development Resort Communities, LLC
    v. UHY Advisors FLVS, Inc.

    Today the First Court of Appeals issued an opinion(s) in the above-
referenced cause.
A copy of the opinion(s) can be obtained through Case Search on our Court's
webpage at:

http://www.1stcoa.courts.state.tx.us/.

T. C. Case # 1062355              M. Karinne McCullough, Clerk of the Court
                       RANDY LEE
                       3300 N. A ST
                       BUILDING 2-104
                       MIDLAND, TX  79705



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

October 25, 2012

    RE:  Case No. 01-12-00113-CV

Style: Five Star Development Resort Communities, LLC
   v. UHY Advisors FLVS, Inc.

    Today the First Court of Appeals issued an opinion(s) in the above-referenced cause.
A copy of the opinion(s) can be obtained through Case Search on our Court's webpage at:

http://www.1stcoa.courts.state.tx.us/.

T. C. Case # 1062355         M. Karinne McCullough, Clerk of the Court

                  GEORGE W. VIE, III
                  MILLS SHIRLEY L.L.P.
                  1021 MAIN ST STE. 1950
                  HOUSTON, TX  77002